**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendant COUNTY OF SACRAMENTO

**CREGGER & CHALFANT LLP**
ROBERT L. CHALFANT, SBN 203051
701 University Avenue, Suite 110
Sacramento, CA 95825
TEL: 916.443.4443
FAX: 916.443.2124
Attorneys for Defendant DEPUTY PAUL PFEIFER

**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, SBN 127425
555 University Avenue, Suite 270
Sacramento, California 95825
TEL: 916.444.5678
FAX: 916.444.3364
Attorneys for Plaintiff JOHN REYES

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REYES, | Case No. 2:15-CV-02213-JAM-DB |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS COUNTY OF SACRAMENTO AND PAUL PFEIFER, WITH PREJUDICE** |
| vs. | |
| COUNTY OF SACRAMENTO; Sacramento County Sheriff's Department Deputy PAUL PFEIFER (Badge #1398) and DOES I-XX, inclusive, | |
| Defendants. | |

///

///

///

{01606550.DOCX}  1
**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF DEFENDANTS COUNTY OF SACRAMENTO AND PAUL PFEIFER, WITH PREJUDICE**

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JOHN REYES, and Defendants COUNTY OF SACRAMENTO and SACRAMENTO COUNTY SHERIFF'S DEPUTY PAUL PFEIFER, by and through their undersigned Counsel, that all of the claims by Plaintiff JOHN REYES alleged against Defendants be dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear their own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated:  October 7, 2016                         PORTER SCOTT
                                                A PROFESSIONAL CORPORATION


                                                By /s/Carl L. Fessenden
                                                      Carl L. Fessenden
                                                      Attorneys for Defendant
                                                      COUNTY OF SACRAMENTO

Dated:  October 7, 2016                         CREGGER & CHALFANT, LLP

                                                By     /s/ Robert L. Chalfant *(authorized 10/7/16)*
                                                      Robert L. Chalfant
                                                      Attorneys for Defendant
                                                      PAUL PFEIFFER

Dated:  October 7, 2016                         LAW OFFICE OF STEWART KATZ

                                                By     /s/ Stewart Katz *(authorized 10/7/16)*
                                                      Stewart Katz
                                                      Attorneys for Plaintiff
                                                      JOHN REYES


**IT IS SO ORDERED.**

Date: 10/7/2016                                                   /s/ John A. Mendez
                                                                  United States District Judge